# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-60599-CIV-SMITH

VITAL PHARMACEUTICALS, INC., and JHO
INTELLECTUAL PROPERTY HOLDINGS, LLC,

    Plaintiffs,                                        Bankr. Adv. Pro. No 23-01031 (PDR)

v.

ORANGE BANG, INC., and MONSTER ENERGY
COMPANY,

    Defendants.
_____/

**AMENDED ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF AN ORDER WITHDRAWING REFERENCE AND TRANSFERRING VENUE OF <u>ADVERSARY PROCEEDING TO CENTRAL DISTRICT OF CALIFORNIA</u>**

THIS MATTER came before the Court on the Defendants' Joint Motion for Entry of An Order Pursuant to 28 U.S.C. Sections 157(d) and 1412 and Bankruptcy Rule 5011(a) Withdrawing the Reference and Transferring Venue of Adversary Proceeding to Central District of California ("Motion")[DE 1], Plaintiffs' Response in opposition to Motion (the "Response") [DE 2-2], and Defendants' Reply in support of the Motion (the "Reply") [DE 2-3]. The Court has also reviewed the Plaintiffs' Motion to Reconsider this Court's original Order [DE 12] granting the Motion [DE 13] and the Defendants' Response to the Motion to Reconsider [DE __]. The Court acknowledges that Plaintiffs have timely filed their Response to the Motion and therefore amends the Order to vacate such portion of the Order based upon any default on the part of the Plaintiffs.

2

Upon consideration of the Motion, Response, and Reply, mandatory withdrawal of reference and transfer of this case to the Central District of California is well founded based upon the factual and legal support in the Defendants' Motion. Accordingly, it is **ORDERED** that:

1. The Joint Motion for Entry of an Order Pursuant to 28 U.S.C. Sections 157(d) and 1412 and Bankruptcy Rule 5011(a) Withdrawing the Reference and Transferring Venue of Adversary Proceeding to Central District of California is **GRANTED**.

2. Pursuant to 28 U.S.C. Section 157(d), the reference to the adversary proceeding is **WITHDRAWN**.

3. Pursuant to 28 U.S.C. Section 1412, the Clerk is directed to **TRANSFER** the adversary proceeding pending under Bankr. Adv. Pro. No. 23-01031(PDR) in the Southern District of Florida to the United States District Court for the Central District of California, for adjudication in connection with the related case, Vital Pharmaceuticals, Inc. v. Orange Bang, Inc., Case No. 5:20-cv-01464 (C.D. Cal.).

4. All pending motions are **DENIED** as moot.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this ___ day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Cc: Counsel of record